UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN RICHARD DICKINSON,

    Plaintiff,

    v.

META PLATFORMS INC.,

    Defendant.

CASE NO. 2:26-cv-1206-JHC

ORDER

Before the Court is Plaintiff's motion for temporary restraining order (TRO) "and preservation of evidence."  Dkt. # 13.  For the reasons below, the Court DENIES Plaintiff's motion.

Under Federal Rule of Civil Procedure 65, a court may issue a TRO without written or oral notice to the adverse party if "specific facts in an affidavit" submitted by the movant "clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition," and "the movant's attorney"—here the movant himself, as he proceeds pro se—"certifies in writing any efforts made to give notice and the reasons why it should not be required."  Fed R. Civ. P. 65(b)(1); *see also* LCR 65(b)(1) ("Motions for temporary restraining orders without notice to and an opportunity to be heard by the adverse party are disfavored and will rarely be granted. Unless the requirements of Fed. R.

ORDER - 1

Civ. P. 65(b) for issuance without notice are satisfied, the moving party must serve all motion papers on the opposing party, by electronic means if available, before or contemporaneously with the filing of the motion and include a certificate of service with the motion."). Plaintiff has not complied with any of these requirements.

Nor is there any operative complaint here. When "there is no operative complaint that forms the basis for a TRO request, a court must deny the request." *Bradford v. Jordan*, 2018 WL 11328113, at *2 (C.D. Cal. Nov. 19, 2018) (collecting cases). Furthermore, the request for preservation of evidence is premature, as Defendant has apparently not been given notice of the motion.

Accordingly, Plaintiff's motion is DENIED. And Plaintiff is prohibited from filing another motion for a TRO until he files a second amended complaint and otherwise complies with Rule 65 and LCR 65.

Dated this 6th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2