UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN RICHARD DICKINSON, | CASE NO. 2:26-cv-1206-JHC |
| Plaintiff, | ORDER |
| v. | |
| META PLATFORMS INC., | |
| Defendant. | |

This matter comes before the Court *sua sponte*.

Upon further review of the Order at Dkt. # 12, the Court VACATES the portion of the Order that dismisses Plaintiff's claims without prejudice.  The amended complaint at Dkt. # 7 remains the operative pleading and, at this time, Plaintiff need not file a second amended complaint.

The Court STRIKES as procedurally improper (*see* Order at Dkt. # 12) the motions at Dkt. ## 16, 17, and 19.

Dated this 5th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 1