UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN RICHARD DICKINSON, | CASE NO. 2:26-cv-1206-JHC |
| Plaintiff, | ORDER |
| v. | |
| META PLATFORMS INC., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Corrected Motion for Service by United States Marshal.  Dkt. # 15.  Because Plaintiff has not complied with Federal Rule of Civil Procedure 4(b) and presented "a summons to the clerk," the Court DENIES the motion without prejudice.

Dated this 8th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 1