UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN RICHARD DICKINSON,<br>Plaintiff,<br>v.<br>META PLATFORMS INC,<br>Defendant. | CASE NO. 2:26-cv-01206-JHC<br>**ORDER** |

This matter comes before the Court on Plaintiff's motion for an ex parte hearing regarding highly sensitive materials. Dkt. # 33. Because the motion identifies no legal basis to support the request, the Court DENIES the motion.

DATED this 13th day of October, 2026.

John H. Chun
United States District Judge