UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOHN RICHARD DICKINSON,

Plaintiff,

v.

META PLATFORMS INC,

Defendant.

CASE NO. 2:26-cv-01206-JHC

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Order Directing United States Marshall to Serve Summons and Complaint. Dkt. # 34.

Plaintiff proceeds pro se and *in forma pauperis* (IFP). Dkt. # 4. When an IFP plaintiff so requests, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed [IFP]."

Accordingly, the Court ORDERS as follows:

1. Plaintiff's motion is GRANTED. Dkt. # 34.

2. The Clerk shall provide a copy of this order, the complaint (Dkt. # 7), Plaintiff's motion (Dkt. # 34), and the summons for Meta Platforms, Inc. (Dkt. # 34-1), to the United States Marshal or Deputy Marshal no later than **October 30, 2026**.

3. The United States Marshal or Deputy Marshal shall serve Defendant with the applicable summons and complaint no later than **November 30, 2026**.

DATED this 27th day of October, 2026.

John H. Chun
United States District Judge